# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SAMMIE L. THOMAS, JR.**                                                              **PLAINTIFF**
**ADC #122555**

v.                              **CASE NO. 4:20-CV-01079-BSM**

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**                                            **DEFENDANT**

## ORDER

United States Magistrate Judge Jerome Kearney's proposed findings and recommendations [Doc. No. 33] have been received, and are hereby adopted. Sammie Thomas's motion to dismiss [Doc. No. 32] is granted and this case is dismissed without prejudice. Fed. R. Civ. P. 41(a)(2). Thomas's motion to stay the proceedings [Doc. No. 14] is denied as moot.

IT IS SO ORDERED this 14th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE