# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SAMMIE L. THOMAS, JR.**                                                                                           **PLAINTIFF**
**ADC #122555**

v.                              **CASE NO. 4:20-CV-01079-BSM**

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**                                                             **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE